IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILED
AUG 3 1 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| JOSE SEGOVIA, NORMA M. CALDERSON CHAVEZ,<br><br>Plaintiffs<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, LISA S. CAMPBELL,<br><br>Defendants | ) In Admiralty<br>)<br>) Civil Action File No.: 5:10-cv-163-H<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR PRODUCTION OF DOCUMENTS AND PLAINTIFF'S RESPONSE TO THE SUIT ON ACCOUNT

To the Honorable Judge of Said Court:

I, Jose Segovia, do state and affirm as follows:

1. I am over the age of Nineteen (19) years, and am competent to testify to the facts set forth herein.

2. **Affiant does not know Amanda G. Ray.**

3. **Petitioner** request an examination of the following documents from Defendants and Amanda G. Ray:

    a. An examination of the original note with signatures of competent parties,
    b. Your Oath of Office 80 Stat. 424 (5 U.S.C. §3331),
    c. Officer Affidavit 80 Stat. 424 (5 U.S.C. §3331) and/or
    d. Employee Affidavit 80 Stat. 424 (5 U.S.C. §3333),
    e. Surety Bond 80 Stat. 411 (5 U.S.C. §2901) and (D.C. Code 11-7040),
    f. Registration 109 Stat. 699 (22 U.S.C. §611) and 80 Stat. 245 (22 U.S.C. §612),

g. Your delegation of authority from the department head you claim to represent.
h. One other form of government picture identification that is not issued by the same department head.
i. Your delegation authorizing you to call yourself those "self proclaimed titles of Vice President and Counsel for Plaintiff",
j. Evidence of a security interest in the information you seek that is superior to that held by Affiant, and
k. The original copy of the contract(s) with signatures of competent parties.

2. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NAUGHT

Respectfully submitted this 31ST day of August, 2010.

By: _____

# VERIFICATION

STATE OF NORTH CAROLINA    )
                           )ss.
COUNTY OF WAKE             )

On the 26th day of August, 2010 A.D., Sworn and Subscribed before me, the above Jose Segovia (personally known to me, or) proved to me on the basis of satisfactory evidence to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

_____
Notary Public Signature

STEPHEN SOMMERVILLE
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 3-2-2011

My commission expires: 3-2-2011

Page 3 of 3

Case 5:10-cv-00163-H   Document 30   Filed 08/31/10   Page 3 of 4

## Certificate Of Service

The Undersigned, Declarant, Sui Juris do hereby certify that I have served all Respondents with a copy of this **VERIFIED COMPLAINT** on his _31_ day of _August_, 2010 by **U.S.P.S. CERTIFIED MAIL ARTICLE NO.** _7010 1060 0000 3064 7867_ to the following address and addressees:

By: _[signature]_
Jose Segovia