IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-163-H

JOSE SEGOVIA et al.,           )
                               )
    Plaintiff,                 )
                               )
                               )
v.                             )           **ORDER**
                               )
                               )
WELLS FARGO HOME MORTGAGE,     )
                               )
    Defendant.                 )
                               )

This matter is before the court on defendant's motion to dismiss [DE #25]. Plaintiffs instituted this action on April 23, 2010, and summons was subsequently issued on May 17, 2010. On May 25, 2010, plaintiffs filed a notice with the court indicating that they had mailed the complaint and summons via certified mail addressed to "Wells Fargo Home Mortgage, 1 Home Campus, Des Moines, IA 50328-0001." Plaintiffs' notice did not indicate that the complaint and summons had been served upon an officer or agent authorized to accept service of process, see Fed. R. Civ. P. 4, nor did it include a return receipt showing that the summons and complaint had been received by Wells Fargo Home Mortgage.

On June 15, 2010, the court entered an order finding that plaintiffs had not made proof of service. Defendant filed the

motion to dismiss presently before the court on August 12, 2010. Plaintiffs have not responded to defendant's motion.

Rule 4(m) of the Federal Rules of Civil Procedure requires that service of the summons and complaint be made within 120 days after the filing of the complaint. Rule 4(m) further provides that the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to any defendant not timely served unless the court extends the time for service upon a showing of good cause. Fed. R. Civ. P. 4(m).

More than five months have elapsed since the court's June 15, 2010, order, informing plaintiffs of their failure to make proof of service. Plaintiffs have neither made proof of service nor requested an extension of time to do so. Accordingly, defendant's motion [DE #25] is GRANTED and this action is DISMISSED without prejudice for failure to effect service within the time prescribed by Rule 4(m). The clerk is directed to close the case.

This 1st day of December 2010.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31