UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JOSE SEGOVIA | ) | **JUDGMENT** |
| and NORMA M. CALDERON | ) | |
| CHAVEZ, | ) | NO. 5:10-CV-163-H2 |
|     Plaintiffs | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| WELLS FARGO HOME | ) | |
| MORTGAGE and LISA S. | ) | |
| CAMPBELL, | ) | |
|     Defendants | | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion to dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED defendant's motion to dismiss is granted and this action is dismissed without prejudice for failure to effect service within the time prescribed by Rule 4(m).**

This Judgment Filed and Entered on December 1, 2010, with service on:

Jose Segovia (via US Mail), 4632 Six Siblings Court, Raleigh, NC 27610
Amanda G. Ray (via cm/ecf Notice of Electronic Filing)
Matthew Lee Underwood (via cm/ecf Notice of Electronic Filing)

Date: December 1, 2010

_____

_____
DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
_____
(By): Delsia Heath, Deputy Clerk